# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

ROSALINDE ROBERTSON,

         Debtor.

Case No. A12-00080-DMD
Chapter 7

**Filed On
3/13/12**

## MEMORANDUM ON MOTION FOR RELIEF FROM AUTOMATIC STAY

        Pending before the court is Alaska Housing Finance Corporation's motion for relief from automatic stay as to real property located at 624 King Arthur Court, Anchorage.[1] The motion cannot be granted at this time because it does not comply with the requirements of applicable Local Bankruptcy Rules. AK LBR 4001-1(c)(2)[B] requires that motions seeking relief from stay as to an act against property be served on "all entities who hold or claim an interest in the subject property[.]" Here, the debtor has scheduled both Bank of America Home Loans and Wells Fargo Home Mortgage as having an interest in the property.[2] Bank of America was given notice of the motion.[3] Wells Fargo was not.

        Because service of the motion fails to comply with AK LBR 4001-1(c)(2)[B], it will be denied, without prejudice, pending the filing of an amended notice of motion for relief from stay, and proper service of that notice, along with the motion for relief from stay, as required under the local rule. An order will be entered accordingly.

---

[1] Docket No. 14.

[2] *See* Schedule D - Creditors Holding Secured Claims, filed Feb. 14, 2012 (Docket No. 1).

[3] *See* Certificate of Serv., filed Feb. 21, 2012 (Docket No. 16).

DATED:  March 13, 2012

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  M. Skolnick, Esq.
E. LeRoy, Esq.
L. Compton, Trustee
U. S. Trustee
3/13/12

2